```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 12706
   BARBARA A CAMERON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-6655


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 10/05/2006 and was confirmed 11/27/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

      The case was dismissed after confirmation 07/23/2007.
--------------------------------------------------------------------------
  CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
  ARROW FINCL              UNSECURED       NOT FILED          .00           .00
  ATG CREDIT LLC           UNSECURED       NOT FILED          .00           .00
  CALVARY PORTFOLIO SERVIC UNSECURED       NOT FILED          .00           .00
  CAPITAL ONE BANK         UNSECURED         2037.70          .00           .00
  CBA COLLECTION BUREAU OF UNSECURED       NOT FILED          .00           .00
  CFS DEFICIENCY RECOVERY  UNSECURED       NOT FILED          .00           .00
  CITY OF BRIDGEVIEW       UNSECURED       NOT FILED          .00           .00
  CITY OF CHICAGO PARKING  UNSECURED          865.00          .00           .00
  CITY OF CHICAGO DEPT OF  UNSECURED       NOT FILED          .00           .00
  DEBT COLLECTORS SYSTEMS  UNSECURED       NOT FILED          .00           .00
  DEBT COLLECTORS SYSTEMS  UNSECURED       NOT FILED          .00           .00
  DEBT CREDIT SERVICES     UNSECURED       NOT FILED          .00           .00
  FIRST PREMIER BANK       UNSECURED       NOT FILED          .00           .00
  FIRST REVENUE ASSURANCE  UNSECURED       NOT FILED          .00           .00
  HOLY CROSS HOSPITAL      UNSECURED       NOT FILED          .00           .00
  I C COLLECTION SERVICE   UNSECURED       NOT FILED          .00           .00
  LVNV FUNDING             UNSECURED       NOT FILED          .00           .00
  MARQUETTE RADIOLOGY ASSO UNSECURED       NOT FILED          .00           .00
  MEDICAL COLLECTIONS SYS  UNSECURED       NOT FILED          .00           .00
  MEDICAL COLLECTION       UNSECURED       NOT FILED          .00           .00
  MEDICAL COLLECTION       UNSECURED       NOT FILED          .00           .00
  MEDICAL COLLECTION       UNSECURED       NOT FILED          .00           .00
  MEDICAL COLLECTION       UNSECURED       NOT FILED          .00           .00
  NORTHSTAR                UNSECURED       NOT FILED          .00           .00
  PROFESSIONAL ACCOUNT MGM UNSECURED       NOT FILED          .00           .00
  RESURGENT CAPITAL SERVIC UNSECURED          265.03          .00           .00
  ROBERT J SEMRAD & ASSOC  REIMBURSEMENT      34.00           .00         34.00
  ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      2,500.00                      484.98
  TOM VAUGHN               TRUSTEE                                         31.02
  DEBTOR REFUND            REFUND                                           .00

           Summary of Receipts and Disbursements:

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 12706 BARBARA A CAMERON
```

```
------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   550.00

PRIORITY                                          34.00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   484.98
TRUSTEE COMPENSATION                              31.02
DEBTOR REFUND                                       .00
                        ---------------     ---------------
TOTALS                    550.00                 550.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
     Dated: 10/18/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```